No. 80–644. G. D. SEARLE & CO. *v.* COHN ET AL. C. A. 3d Cir. [Certiorari granted, 451 U. S. 905.] Motion of Association of Trial Lawyers of America for leave to file a brief as *amicus curiae* granted. Motion of Association of Trial Lawyers of America for leave to participate in oral argument as *amicus curiae* denied.

No. 80–986. NORTH HAVEN BOARD OF EDUCATION ET AL. *v.* BELL, SECRETARY OF EDUCATION, ET AL. C. A. 2d Cir. [Certiorari granted, 450 U. S. 909.] Motion of Birch Bayh et al. for leave to file a brief as *amici curiae* granted. Motion of the Solicitor General for divided argument granted. Motion of petitioners for divided argument granted.

No. 80–1199. AMERICAN TOBACCO CO. ET AL. *v.* PATTERSON ET AL. C. A. 4th Cir. [Certiorari granted, 452 U. S. 937.] Motion of the Solicitor General for divided argument granted.

No. 80–1208. NEW ENGLAND POWER CO. *v.* NEW HAMPSHIRE PUBLIC UTILITIES COMMISSION ET AL.;
No. 80–1471. MASSACHUSETTS ET AL. *v.* NEW HAMPSHIRE LEGISLATIVE UTILITY CONSUMERS' COUNCIL ET AL.; and
No. 80–1610. ROBERTS, ATTORNEY GENERAL OF RHODE ISLAND, ET AL. *v.* NEW HAMPSHIRE PUBLIC UTILITIES COMMISSION ET AL. Sup. Ct. N. H. [Probable jurisdiction noted, 451 U. S. 981.] Motion of New Hampshire Legislative Utility Consumers' Council to withdraw as a party appellee in Nos. 80–1208, 80–1471, and 80–1610 granted. Motion of New Hampshire Public Utilities Commission and the State of New Hampshire to dismiss the New Hampshire Public Utilities Commission as a party appellee in Nos. 80–1208 and 80–1610 granted. Motion of the Commonwealth of Massachusetts for substitution of New Hampshire Public Utilities Commission as a party appellee in No. 80–1471 denied. It is ordered that the State of New Hampshire be added as a party appellee in No. 80–1471.